# United States Court of Appeals

FOR THE SEVENTH CIRCUIT
CHICAGO, ILLINOIS 60604

July 19, 2010

Before

DANIEL A. MANION, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

JOHN DANIEL TINDER, *Circuit Judge*

No. 09-1404

| | |
|---|---|
| ARTHUR PARRA, SR., et al., | Appeal from the United States District Court for the Northern District of Illinois, |
| *Plaintiffs-Appellants*, | Eastern Division. |
| v. | No. 07 C 1506 |
| LANGDON NEAL, et al., | John W. Darrah, *Judge*. |
| *Defendants-Appellees*. | |

## O R D E R

No judge of the court having called for a vote on the Petition for Rehearing With Suggestion for Rehearing En Banc, filed by Plaintiffs-Appellants on July 7, 2010, and all of the judges on the original panel having voted to deny the same,

**IT IS HEREBY ORDERED** that the Petition for Rehearing With Suggestion for Rehearing En Banc is **DENIED**.

The opinion of the court is revised as follows:

On pages 5-6, we delete the text from, "The plaintiffs cite to no authority for their assumption that the Board had the legal authority to postpone election day only in the 25th Ward, . . ." through "The plaintiffs provide no grounds for federal court interference with the state supreme court's decision or the Board's implementation of that decision.[2]"